## 35558. BUCKNER et al. v. CROWE.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED NOVEMBER 2, 1979 — DECIDED JANUARY 3, 1980.

*Watson, Brown, Foster & Murphy, John L. Watson, Jr.,* for appellants.
*George A. Pindar,* for appellee.

## 35571. MILNE et al. v. CITY OF LAWRENCEVILLE.

Judgment affirmed without opinion under Rule 59.
*Nichols, C. J., Undercofler, P. J., Jordan, Hill, Bowles and Marshall, JJ., and Judge Charles L. Weltner concur.*

SUBMITTED NOVEMBER 19, 1979 — DECIDED JANUARY 3, 1980.

*James A. Henderson,* for appellants.
*Jordan & Jordan, Hill Jordan,* for appellee.